IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case No. 07-229M |
| GARY A. JOHNSON : | |
| Defendant. : | |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Criminal Complaint and the rela~d file in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: November 16, 2007

AND NOW this 19th day of November, 2007, based upon the foregoing Motion,

**IT IS ORDERED** that Criminal Complaint and the related file in the above-captioned case be UNSEALED.

_____
Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware