AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

GARY A. JOHNSON

WARRANT FOR ARREST

CASE NUMBER: 07-229M

FILED NOV 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Willie Brown, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him with (brief description of offense)

assault on a federal employee while that employee was engaged in his official duties, and assault by striking, beating or wounding while within the special maritime and territorial jurisdiction of the United States.

in violation of Title __18__ United States Code, Section (s) __§ 111(a) and (b); 113(a)(4)__.

Honorable Leonard P. Stark
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

November 14, 2007   Wilmington, Delaware
Date and Location

by [signature]
Name of Judicial Officer

Bail fixed at $ __No BAIL__

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Wilm. DE__

| DATE RECEIVED 11-14-07 | NAME AND TITLE OF ARRESTING OFFICER William David DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 11-16-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest