**REDACTED**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Criminal Action No. 08- 02 |
| v. : | |
| : | **REDACTED** |
| GARY A. JOHNSON, : | |
| Defendant. : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### COUNT ONE

On or about November 7, 2007, in the State and District of Delaware, GARY A. JOHNSON, defendant herein, did forcibly assault J.M.D., who at the time was an employee of the United States engaged in the performance of his official duties, and inflicted a bodily injury, all in violation of 18 U.S.C. § 111(a)(1) & (b).

#### COUNT TWO

On or about November 7, 2007, in the State and District of Delaware, GARY A. JOHNSON, defendant herein, did forcibly assault M.A.C., who at the time was an employee of the United States engaged in the performance of his official duties, all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney                    _____
                                          Foreperson
By: /s/
Seth M. Beausang
Assistant United States Attorney
Dated: January 10, 2008.

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE