IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
            Plaintiff,                       :
                                             :
    v.                                       :        Criminal Action No. 08-02
                                             :
GARY JOHNSON,                                :
                                             :
            Defendant.                       :

## ORDER

Having considered Defendant Johnson's Joint Motion for Postponement of Detention Hearing,

IT IS HEREBY ORDERED this _15th_ day of _January_, 2008, that Defendant Johnson's Detention Hearing shall held on the _22nd_ day of _January_, 2008, and that the time from January 15, 2008 up to the new date of the Detention Hearing, shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, ets eq.).

_____
The Honorable Leonard P. Stark
United States DistrictC ourt