UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| )  CASE NO. 08-02-GMS | |
| vs.                             ) | |
| ) | |
| **GARY A. JOHNSON**,                ) | |
| ) | |
| Defendant.        ) | |

## O R D E R

**Whereas**, the defendant, **GARY A. JOHNSON**, having been scheduled for a detention hearing and arraignment on **1/22/08** and a continuance having been requested for the following reason: counsel asked that the defendant be allowed to further explore potential conditions of release;

**AND**, the Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial;

**IT IS ORDERED** that the defendant's detention hearing and arraignment be continued until **2/5/08**, and the period between **1/22/08** and **2/5/08** shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

              **Honorable Leonard P. Stark**
              **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney