UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
                                   )    CRIM. NO. 08-02-GMS
                                   )
        vs.                        )
                                   )
Gary A. Johnson,                   )
                                   )
                Defendant.         )

## AMENDED ORDER SETTING CONDITIONS OF RELEASE

**Whereas,** the Court ordered the United States Marshal to release Gary A.

Johnson after he complied with all conditions of release on February 5th, 2008 ( d.i. 21 ).

**Whereas,** one condition of Gary A. Johnson's release was for the United

States Probation office to schedule an appointment for treatment at the Perry Point

Veterans Hospital located in Perry Point, Maryland.

**Whereas,** the Perry Point Veterans Hospital located in Perry Point,

Maryland, refused treatment of Gary A. Johnson.

**Whereas,** the United States Probation Office arranged for Mr. Johnson to

receive treatment at the Veterans Hospital in Philadelphia, Pennsylvania on February

19th, 2008 at 10:00 am.

**IT IS ORDERED** that Gary A. Johnson be released on February 19th,

2008 at 8:00 am, **AND** that Mr. Johnson continue to abide by all conditions of

release which were required by the Court in his initial Order of Release on February 5th,

2008 ( d.i. 21 ).

Dated: 2/13/2008

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**