UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 08-02 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GARY A. JOHNSON, | : | |
| | : | |
| Defendant. | | |

**ORDER**

IT IS HEREBY ORDERED this 11th day of March, 2008, that

1. A scheduling conference in this matter will be held on the 17th day of March 2008 at 10:30 a.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED

MAR 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE