IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GARY JOHNSON )<br>)<br>    Defendant. ) | Criminal Action No. 08-2 GMS |

## SCHEDULING ORDER

A scheduling conference regarding the above-captioned case was held on March 17, 2008.

IT IS HEREBY ORDERED that:

1.  A motions hearing is set for **April 15, 2008, at 9:30 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, Delaware, and

2.  IT IS FURTHER ORDERED that the time between this Order and the **April 15, 2008,** motions hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

March 17, 2008