IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-02-GMS |
| GARY JOHNSON, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __27th__ day of __May__, 2008, that Defendant Robinson's Sentencing Hearing shall be on the __8th__ day of __October__, 2008, at __9:30__ a.m./~~p.m.~~

_____
Honorable Gregory M. Sleet, Chief Judge
United States District Court

PDF created with pdfFactory Pro trial version www.pdffactory.com